Argued June 7, affirmed September 8, 1972

## AMERICAN COMMERCIAL, INC., *Appellant, v.* UNITED STATES NATIONAL BANK OF OREGON, *Respondent.*

### 500 P2d 1208

*William E. Hurley* and *Henry A. Carey, Jr.,* Portland, argued the cause for appellant. With them on the briefs were Bernard, Hurley, Hodges & Kneeland, and Carey & Stoll, Portland.

*William M. McAllister,* Portland, argued the cause for respondent. With him on the brief were Charles F. Hinkle, and Davies, Biggs, Strayer, Stoel and Boley, Portland.

Before O'CONNELL, Chief Justice, and DENECKE, HOLMAN, TONGUE, HOWELL, BRYSON, and SCHWAB, Justices.

PER CURIAM.

The factual situation alleged, the legal posture, and the issues in this appeal are substantially the same as those in the case of *American Timber & Trading Co. v. First National Bank of Oregon,* which was decided this day. 263 Or 1, 500 P2d 1204 (1972). Therefore, the disposition of that case is determinative of the instant case.

The judgment of the trial court dismissing plaintiff's complaint is affirmed.